**FILED**

**JANUARY 29, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE LEFKOW**
**MAGISTRATE JUDGE COLE**

| | |
|---|---|
| BRENDA RILES, Special Administrator of the Estate of SALLIE RILES, Deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SCHWAB REHABILITATION HOSPITAL, MOUNT SINAI HOSPITAL MEDICAL, CENTER OF CHICAGO, SANG HUN SUH, M.D., HUGO ALVAREZ, M.D., B. SARAVANAN, M.D., AL-JAGHBEER, M.D., | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**07 C 557**

**WAH**

(Formerly Case No. 05 L 11176
Circuit Court of Cook County)

<u>**NOTICE OF REMOVAL OF A CIVIL ACTION**</u>

Petitioner Hugo Alvarez, M.D., by Patrick J. Fitzgerald United States Attorney for the Northern District of Illinois, petitions the court as follows:

1.     On or about April 14, 2006, plaintiff served a complaint and summons upon defendant Dr. Alvarez.

2.     Dr. Alvarez, an employee of Access Community Health Network, has been named as a defendant in a civil action now pending in the Circuit Court of Cook County, Illinois, entitled: *Brenda, Special Administrator of the Estate of Sallie Riles, Deceased v. Schwab Rehabilitation Hospital, et al.*, Case No. 05 L 11176.  A copy of the summons and complaint is attached as Exhibit A.

3.     At that time of the acts alleged in the complaint, Dr. Alvarez was an employee of Access Community Health Network, and those acts occurred while Dr. Alvarez was acting within

the scope of that employment. *See* Certification of Assistant United States Attorney Thomas P. Walsh, attached as Exhibit B.

4.    Pursuant to the Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233(g)-(n), the exclusive remedy for torts committed by the Access Community Health Network, and its employees is an action against the United States of America under the Federal Tort Claims Act, 28 U.S.C. §§ 1346; 2671, *et seq. See* 42 U.S.C. § 233(c).

5.    At this time, the United States Attorney has not been properly served with a copy of the summons and complaint, nor has the Attorney General of the United States.

6.    This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, 1442, 1446, and 2679, and said action is one which may be removed without bond to this court pursuant to §§ 1441(a), 1442, and 1446(d), inasmuch as said action is actually a civil suit against the United States.

Wherefore, this action now pending in the Circuit Court of Cook County, State of Illinois, is properly removed therefrom to this court, pursuant to 28 U.S.C. § 1441(a).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By:   s/ James M. Kuhn, Sr.
   JAMES M. KUHN SR.
   Assistant United States Attorney
   219 South Dearborn Street
   Chicago, Illinois 60604
   (312) 353-1877